IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOQUITA CALDWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 07-06356 CRB<br><br>**JUDGMENT** |

    The Court having granted Defendant's motion for summary judgment, judgment is entered in favor of Defendant and against Plaintiff Joquita Caldwell.

    **IT IS SO ORDERED.**

Dated: June 26, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6356\Judgment.wpd